

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2014

No. 04-14-00199-CR

**IN RE** Robert L. **GRIFFITH**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Catherine Stone, Chief Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

On March 26, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's request for leave to file the petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on March 28th, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CR3530, styled *The State of Texas v. Robert L. Griffith*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini presiding.